## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Texas Pneumatic Tools, Inc.*
Attn:   President/CEO
P.O. Box 38
Reagan, TX 76680-0038

*Texas Pneumatic Tools, Inc.*
c/o Monte S. Donaldson, Registered Agent
4615 Southwest Freeway, Suite 600
Houston, TX 77027

                                                                                                        _____
                                                                                                        Mary E. Augustine (No. 4477)

617339v1